UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

vs.                                                                               CIVIL NO. 3:22CV00207-MPM-JMV

2020 MERCEDES-BENZ G CLASS AMG
G 63 SUV, VIN #W1NYC7HJ2LX363078                                                              DEFENDANT

## DEFAULT JUDGMENT OF FORFEITURE

A Verified Complaint for Forfeiture *in rem* was filed on September 26, 2022, against the defendant property.  One item of the original defendant property, namely a 2018 MERCEDES-BENZ C CLASS SEDAN,VIN #55SWF4JB4JU275226, was dismissed from this action on May 18, 2023. [Dkt. 4].  The complaint alleges that the defendant property is subject to forfeiture because it represents or is traceable to the gross receipts obtained, directly or indirectly, from violations of 18 U.S.C. § 1343 (wire fraud).  Additionally, the property constitutes property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1957 (money laundering).

The Clerk of Court, upon review of this matter, finds as follows:

1. That pursuant to Fed. R. Civ. P. 55(b)(1), the Clerk of the Court has the authority to enter a Default Judgment of Forfeiture as the Plaintiff's claim is for a sum certain, namely the following property:

**2020 MERCEDES-BENZ G CLASS AMG G 63 SUV, VIN #W1NYC7HJ2LX363078**

2. The Plaintiff has complied with the noticing requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. That a Request for Clerk's Entry of Default, with the attached Declaration of Samuel D. Wright, is on file in the office of the Clerk of this Court in this cause.

4. On June 30, 2023, the Clerk of the Court properly entered a Default against the Defendant property as no claim, answer or defense was filed by the above-stated dates or within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. See Dkt #6.

5. The United States has requested that a Default Judgment of Forfeiture be entered against the Defendant Property.

It is, therefore:

**ORDERED AND ADJUDGED** that the defendant property, namely:

**2020 MERCEDES-BENZ G CLASS AMG G 63 SUV, VIN #W1NYC7HJ2LX363078**

shall be and is hereby **FORFEITED** to the United States of America and no right, title or interest in said defendant property shall exist in any other person or party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant property forfeited to the United States shall be disposed of by the United States in accordance with applicable law.

SO ORDERED AND ADJUDGED this the 12th day of July, 2023.

                                                s/ David Crews
                                                CLERK OF COURT by jla